## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| A.A., a minor, and K.A., a minor, by and through their Next Friend, TAMONIQUE GRADY,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF FLORISSANT, MISSOURI, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:15-CV-523 CEJ<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs A.A. and K.A., through their Next Friend, Tamonique Grady ("Plaintiffs") and Defendants City of Florissant, Missouri, Andrew Gerwitz and Joshua Smith, through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiffs' Complaint and all of their claims and causes of actions are to be dismissed with prejudice. Each party will bear their own court costs and attorney fees.

BY:   /s/ *James W. Schottel, Jr.*  
        James W. Schottel, Jr.   #51285MO  
        SCHOTTEL & ASSOCIATES, P.C.  
        906 Olive St. PH  
        St. Louis, MO 63101  
        (314) 421-0350  
        (314) 421-4060 facsimile  
        jwsj@schotteljustice.com  

        Attorney for Plaintiffs  
        A.A.  
        K.A.  

BY:   /s/ *Jason S. Retter*  
        Jason S. Retter     #59683MO  
        KING, KREHBIEL  
        & HELLMICH, LLC  
        2000 South Hanley Rd.  
        St. Louis, MO 63144  
        (314) 646-1110  
        (314) 646-1122 facsimile  
        jretter@kkhhb.com  

        Attorney for Defendants  
        City of Florissant, Missouri  
        Andrew Gerwitz  
        Joshua Smith

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>July 22, 2015</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

> Jason S. Retter
> jretter@kkhhb.com
>
> Attorney for Defendants
> City of Florissant, Missouri
> Andrew Gerwitz
> Joshua Smith
>
>
> s/*James W. Schottel, Jr.*

2